FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 21 2026

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**RUSSELL ALAN VENENO,**<br><br>Defendant. | CRIMINAL NO. 26-219 MLG<br><br>Count 1: 18 U.S.C. §§ 1153 and 113(a)(3):<br>Assault with a Dangerous Weapon;<br><br>Count 2: 18 U.S.C. §§ 1153 and 113(a)(6):<br>Assault Resulting in Serious Bodily Injury. |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about October 27, 2025, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **RUSSELL ALAN VENENO**, an Indian, assaulted John Doe with a dangerous weapon, specifically, a table and a knife, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

## Count 2

On or about October 27, 2025, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **RUSSELL ALAN VENENO**, an Indian, assaulted John Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney