(Rev. 10/2021)  Waiver of Right to Contest Detention

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 2 0 2026

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

vs.

Russell Alan Veneno,

**WAIVER OF RIGHT TO CONTEST DETENTION**
(Rule 5 or 32.1, Fed. R. Crim. P., 18 U.S.C. § 3142)

CASE NUMBER: 26-CR-219 MLG

I, __Russell Alan Veneno__, charged in: (an (indictment), complaint, petition) with __Assault with a Dangerous Weapon and Assault Resulting in Serious Bodily Injury__, Title __18__, U.S.C. __113(a)(3) and 1153; 18 U.S.C. 113(a)(6) and 1153__, and having appeared before this Court and been advised of my rights as required by Fed. R. Crim. P. 5 or 32.1 and 18 U.S.C. § 3142, including my right to contest my detention, do hereby waive (give up) my right to contest detention. However, I understand that under 18 U.S.C. § 3142(f), I may ask the Court to reopen my detention hearing at any time before trial if information exists that is not known to me today and that has a material bearing on whether there are conditions of release that will reasonably assure my appearance as required and the safety of any other person and the community.

_____
Defendant

February 20, 2026
_____
Date

_____
IRMA RIVAS
Counsel for Defendant